IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMYE A. RICHARDSON, et al., | CASE NO. 07 MC 0008 LJO |
| Plaintiffs, | **ORDER TO RETURN PAPERS** |
| vs. | |
| NINTH CIRCUIT COURT OF APPEAL, et al., | |
| Defendants. | |

In the action entitled *Sammye A. Richardson, et al. v. Ninth Circuit Court of Appeal, et al.*, Case No. 1:06cv1852 BTM, the assigned district judge issued his February 23, 2007 order ("February 23 order") to deny plaintiffs' reconsideration motion and to order "that no further motions for reconsideration of the Court's order granting the motion to dismiss as to Judge Naugle shall be considered or filed." On March 5, 2007, plaintiffs filed papers which this Court construes as a further reconsideration motion to violate the February 23 order.

This Court's Local Rule 11-110 provides that ". . . failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." District courts have inherent power to control their dockets and "in the exercise of that power, they may impose sanctions including, where appropriate . . . dismissal of a case." *Thompson v. Housing Auth.*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action, with prejudice, based on a party's failure to obey a court order or local

rules. *See, e.g., Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995) (dismissal for noncompliance with local rule); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for failure to comply with local rule requiring pro se plaintiffs to keep court apprised of address); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for lack of prosecution and failure to comply with local rules).

Since plaintiff's papers filed on March 5, 2007 violate the February 23 order, this Court:

1. DIRECTS this Court's clerk to return to plaintiffs their papers filed on March 5, 2007, to accept for filing no further papers from plaintiffs for reconsideration of the Court's order granting the motion to dismiss as to Judge Naugle, and to close this action;

2. ORDERS plaintiffs not to file or attempt to file further papers for reconsideration of the Court's order granting the motion to dismiss as to Judge Naugle or to violate or attempt to violate the February 22 order; and

3. ADMONISHES plaintiffs that plaintiffs are subject to sanctions for violation or attempted violation of the February 22 order, this order or any other order of this Court.

IT IS SO ORDERED.

**Dated:   March 6, 2007**                    **/s/ Lawrence J. O'Neill**
66h44d                                                  UNITED STATES DISTRICT JUDGE